# United States District Court

EASTERN DISTRICT OF WISCONSIN

MIGUEL A. GARCIA-VASQUEZ,

      Petitioner,

                                    **JUDGMENT IN A CIVIL CASE**

v.

                                    Case No. 05-C-812

UNITED STATES OF AMERICA,

      Respondent.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the request for relief under §2255 shall be DENIED and this case is DISMISSED.

                            Approved:    s/ William C. Griesbach
                                                       WILLIAM C. GRIESBACH
                                                       United States District Judge

Dated:  February 17, 2006.

                                                               SOFRON B. NEDILSKY
                                                               Clerk

                                                               s/ Mary E. Conard
                                                               (By) Deputy Clerk